IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GURWINDER BAINS                                          PLAINTIFF

V.                                               CASE NO. 3:09CV00208JMM

CITY OF WEST MEMPHIS, ARKANSAS;
MAYOR WILLIAM H. JOHNSON, Individually
And in his Official Capacity; ROBERT PAUDERT,
Individually and in his Official Capacity as Chief
Of Police; ERIC SAMMIS, Individually and in his
Official Capacity; BRYON GARDNER, Individually
And in his Official Capacity; BAILEY PHILLIPS,
Individually and in his Official Capacity; RICHARD
DENNIS, Individually and in his Official Capacity;
And ROBERT LANGSTON, Individually and in
His Official Capacity                                    DEFENDANTS

## ORDER OF DISMISSAL

Now on this day of comes on before the Court the Joint Motion for Dismissal filed by the Plaintiff and Defendants. Upon consent of the parties, the Court grants the Joint Motion for Dismissal.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this cause is dismissed with prejudice.

_____
Honorable James M. Moody

Date: 3/27/12

Approved by:

/s/ Bart Ziegenhorn
BART ZIEGENHORN
Attorney for Plaintiff

/s/ Sara Teague
SARA TEAGUE
Attorney for Defendants